**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

vs.                                                                              CASE NO. 3:07-cr-53-J-32HTS

ANthony TYRONE GOOCH
_____

**ORDER**

This case is before the Court on the Report and Recommendation of the United States Magistrate Judge concerning defendant's motion to suppress (Doc. 31). Defendant has filed Objections to Magistrate's Report and Recommendation (Doc. 32) and the government has responded to those objections (Doc. 37).

The undersigned has reviewed the underlying motion to suppress, the transcript of the evidentiary hearing held on July 5, 2007, the Magistrate Judge's Report and Recommendation and the objection and response thereto. Upon de novo consideration, the undersigned determines that the Magistrate Judge's fact finding and legal analysis are both correct. Therefore, it is hereby

**ORDERED:**

1.      Defendant's Objections to Magistrate's Report and Recommendation (Doc. 32) are **OVERRULED.**

2.      The Magistrate Judge's Report and Recommendation (Doc. 31) is **ADOPTED** as the opinion of the Court.

3. Defendant's Motion to Suppress Evidence and Statements (Doc. 24) is **DENIED.**

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of August, 2007.

_____
TIMOTHY J. CORRIGAN
United States District Judge

md.
Copies to:

Frank Talbot, AUSA
Lisa Call, AFPD
Defendant